1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

9   JAIME R. ROBINSON,        )  NO. EDCV 07-00183 SS
                               )

10            Plaintiff,    )
                               )  **JUDGMENT**

11          v.           )
                               )

12   MICHAEL J. ASTRUE,       )
    Commissioner of the Social   )

13   Security Administration,   )
                               )

14           Defendant.    )
   ————————————————————)

15

16

17     IT IS ADJUDGED that the decision of the Commissioner is REVERSED

18  and that the above-captioned action is REMANDED to the Commissioner for

19  further action consistent with the Court's Memorandum Decision and

20  Order.

21

22  DATED: January 24, 2008.

23                                /S/

24                           _____

25                            SUZANNE H. SEGAL
                            UNITED STATES MAGISTRATE JUDGE

26

27

28

11